112; anno. 12 L. R. A. (N. S.) 1021; L. R. A. 1916E, 828; 15 R. C. L. p. 608; 3 R. C. L. Supp. p. 476.

---

## ROBBINS v. STATE.

No. 16499—Opinion Filed March 9, 1926.

Error from County Court, Pontotoc County; Tal Crawford Judge.

Action between Leo Robbins and the State of Oklahoma. From the judgment, the former appeals. Reversed and remanded.

King & Crawford, for plaintiff in error.

J. W. Dean, County Attorney, for defendant in error.

PER CURIAM. Upon authority of Ellis v. Outler, 25 Okla. 468, 108 Pac. 957, this cause is reversed and remanded for a new trial for failure of the defendant in error to file a brief as required by rule 7 of this court.